## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

U.S. COMMODITY FUTURES
TRADING COMMISSION,

              Plaintiff,

v.

BP PRODUCTS NORTH AMERICA INC.,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Docket # 06-cv-03503

Judge Castillo

Magistrate Judge Mason

## ORDER APPROVING CONSENT ORDER FOR PERMANENT INJUNCTION AND OTHER RELIEF

Before the Court is a joint consent order filed by the parties. There being no just reason for delay, the Clerk of Court is hereby directed to enter this consent order

**IT IS ORDERED** that the consent order is hereby approved and entered.

Dated: October 25, 2007

Judge Ruben Castillo
UNITED STATES DISTRICT JUDGE